Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TUNG WEI YEH,

Defendant.

No. 2:26-cr-00123-RAJ

ORDER

THIS MATTER has come before the Court on Defendant Tung Wei Yeh's Appeal of the Magistrate Judge's Detention Order (Dkt. 40). Having reviewed the electronic recording of the detention hearing, the files and pleadings herein, and having conducted a hearing on this date, for the reasons set forth on the record,

IT IS ORDERED that the Magistrate Judge's Detention Order is affirmed. Defendant Tung Wei Yeh shall remain in custody pending trial.

DATED this 23rd day of October, 2026.

The Honorable Richard A. Jones
United States District Judge